# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 8/25/2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

       Plaintiff           **SCHEDULING ORDER**

    -against-

                                                      19-MJ-11261 (UA)

Vincent Herbert

                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Waiver of Indictment Hearing for 9/2/2020, at 1:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: August 25, 2020
       White Plains, New York

                                        SO ORDERED:

                                        s/      PED

                                        PAUL E. DAVISON
                                        United States Magistrate Judge