# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 9/10/20
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff                   **SCHEDULING ORDER**

      -against-                            7:19-mj-11261-UA

Vincent Herbert
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a  Waiver of Indictment.for 9/16/2020, 2020 at 1:00 pm  before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: September 10,2020
       White Plains, New York

                                        SO ORDERED:

                                        s/         PED
                                        _____

                                        PAUL E. DAVISON
                                        United States Magistrate Judge